UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
JULNER DESMORNES,

              Plaintiff,

   v.

MTA OFFICER LOVERDI, shield # P001726;
MTA OFFICER OLIVARES, shield # 2534;
MTA SGT. SINGH, shield # 358;

              Defendants.
----------------------------------------------------------------x

Index No. 20-CV-1396 (PKC)(LB)

**NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record

     I am admitted to practice in this Court, and I appear in this case as counsel for Defendant MTA Police Officer Michael LoVerdi, Officer Jouan Olivares, and Lieutenant Tajinder Singh.

Dated:  New York, New York
          May 13, 2021

Jason Douglas Barnes
Assistant Associate Counsel
2 Broadway, 4th Floor
New York, New York 10004
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)